AUTUMN LYNN RUDDY
21543 E EDGEWOOD DR
SAUCIER, MS 39574

FAIR COLLECTIONS
ATTN: BANKRUPTCY
14400 SWEITZER LN #235
LAUREL, MD 20707

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

NATIONAL RECOVERY AGEN
ATTN: BANKRUPTCY
2491 PAXTON ST
HARRISBURG, PA 17111

ACIMA
9815 S MONROE ST
SANDY, UT 84070

NAVY FCU
ATTN: BANKRUPTCY
P.O. BOX 3000
MERRIFIELD, VA 22199

AFFIRM, INC.
ATTN: BANKRUPTCY
650 CALIFORNIA ST
FL 12
SAN FRANCISCO, CA 94108

ZARZAUR & SCHWARTZ PC
P.O. BOX 11366
BIRMINGHAM, AL 35202

CASHAPP
1955 BROADWAY, SUITE 6
OAKLAND, CA 94612

CITI CARD/BEST BUY
ATTN: BANKRUPTCY
PO BOX 790040
ST LOUIS, MO 36179

CREDIT COLLECTION SVCS
ATTN: BANKRUPTCY
725 CANTON ST
NORWOOD, MA 02062

EDFINANCIAL SERVICES L
P.O. BOX 30159
KNOXVILLE, TN 37930

EXETER FINANCE LLC
ATTN: BANKRUPTCY
PO BOX 166008
IRVING, TX 75016