WWR# 042228403

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
AT GULFPORT

IN RE:                                      CASE NO. 26-51003

AUTUMN LYNN RUDDY                           CHAPTER 7

                                            JUDGE KATHARINE M. SAMSON

        DEBTOR(S)

### REQUEST FOR NOTICE

Now comes Weltman, Weinberg and Reis Co., L.P.A., and hereby enters its appearance as Agent for creditor, NAVY FEDERAL CREDIT UNION.

Please send all further communications, pleadings, court notices, and other documents intended for NAVY FEDERAL CREDIT UNION to undersigned Agent.

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Sabrin Hirbawi
Sabrin Hirbawi
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on the following registered ECF Participants, **electronically** through the court's ECF System at the email address registered with the court and by **ordinary U.S. Mail** on 30th day of June, 2026 addressed to:

THOMAS CARL ROLLINS JR, Attorney for Debtor
TROLLINS@THEROLLINSFIRM.COM

ZACHARY S WESSLER SR, Trustee
1806 23RD AVE STE A
GULFPORT, MS 39501


OFFICE OF THE UNITED STATES TRUSTEE @ usdoj.gov

AUTUMN LYNN RUDDY
21543 E EDGEWOOD DR
SAUCIER, MS 39574

Respectfully submitted,
Weltman, Weinberg & Reis Co. LPA

/s/ Sabrin Hirbawi
Sabrin Hirbawi
Agent for Creditor
5990 West Creek Rd Suite 200
Independence, OH 44131
877-338-9484
BNK-LegalSupport@weltman.com